Gerald Cole and Almeda Cole, Plaintiffs-Appellees, v. William Willhoft and Betty Willhoft, Defendants-Appellants.

Gen. No. 65–107. 

Fifth District.

July 20, 1966.

 A. Alan Hart, of Alton, for appellants; Edward W. Groshong, of East Alton, for appellees. Opinion PER CURIAM. Not to be published in full.